IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
(WESTERN DIVISION)

| | |
|---|---|
| ARELY CASTANEDA | ) |
| Plaintiff, | ) No. 4:22-CV-00168-BP |
| v. | ) |
| OSMAN ADEN, QFS TRANSPORTATION LLC, and PROGRESSIVE CASUALTY INSURANCE COMPANY | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## NOTICE OF SETTLEMENT

COME NOW the Parties and hereby notify this Honorable Court that a settlement agreement has been reached. The Parties anticipate that the settlement will be finalized within the next thirty (30) days and this case dismissed with prejudice.

Respectfully submitted,

| **SMITHAMUNDSEN LLC** | **The Law Offices of Tarak A. Devkota** |
|---|---|
| */s/ Richard D. McNelley* | */s/ Tarak A. Devkota* (By Permission) |
| Richard D. McNelley, #54102 MO | Tarak A. Devkota |
| 120 S. Central Avenue, Suite 700 | 4010 Washington Street, Suite 350 |
| St. Louis, Missouri 63105 | Kansas City, MO 64111 |
| (314) 719-3747 – Phone | (816) 842-9100 |
| (314) 719-3741 – Fax | Fax: (816) 817-1080 |
| rmcnelley@salawus.com | Email: litigation@devkotalawfirm.com |
| ATTORNEY FOR DEFENDANTS OSMAN ADEN AND QFS TRANSPORTATION LLC | ATTORNEY FOR PLAINTIFF |

**Harris & Hart LLC**

*/s/ Matthew W. Greenberg* (By Permission)
Matthew William Greenberg
9260 Glenwood Street
Overland Park, KS 66212-1365
913-213-6980
Fax: 913-213-6991
Email: mgreenberg@harrisandhart.com

ATTORNEY FOR PROGRESSIVE
CASUALTY INSURANCE COMPANY

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a copy of the foregoing document was electronically filed with the United States District Court, Western District of Missouri, via the Court's CM/ECF Filing system, which will send notification of such filing to counsel of record, on April 27, 2022.

                /s/ *Richard D. McNelley*