IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
(WESTERN DIVISION)

| | |
|---|---|
| ARELY CASTANEDA | ) |
| Plaintiff, | ) No. 4:22-CV-00168-BP |
| v. | ) |
| OSMAN ADEN, QFS TRANSPORTATION LLC, and PROGRESSIVE CASUALTY INSURANCE COMPANY | ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

COME NOW the Parties, by and through the undersigned counsel, and hereby stipulate and agree that this action shall be dismissed with prejudice, pursuant to settlement and not as an adjudication on the merits, with the parties to bear their own costs.

Respectfully submitted,

**SMITHAMUNDSEN LLC**

*/s/ Richard D. McNelley*
Richard D. McNelley, #54102 MO
120 S. Central Avenue, Suite 700
St. Louis, Missouri 63105
(314) 719-3747 – Phone
(314) 719-3741 – Fax
rmcnelley@salawus.com

ATTORNEY FOR DEFENDANTS OSMAN ADEN AND QFS TRANSPORTATION LLC

**The Law Offices of Tarak A. Devkota**

*/s/ Tarak A. Devkota* (By Permission)
Tarak A. Devkota
4010 Washington Street, Suite 350
Kansas City, MO 64111
(816) 842-9100
Fax: (816) 817-1080
Email: litigation@devkotalawfirm.com

ATTORNEY FOR PLAINTIFF

1

**Harris & Hart LLC**

*/s/ Matthew W. Greenberg* (By Permission)
Matthew William Greenberg
9260 Glenwood Street
Overland Park, KS 66212-1365
913-213-6980
Fax: 913-213-6991
Email: mgreenberg@harrisandhart.com

ATTORNEY FOR PROGRESSIVE
CASUALTY INSURANCE COMPANY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was electronically filed with the United States District Court, Western District of Missouri, via the Court's CM/ECF Filing system, which will send notification of such filing to counsel of record, on May 13, 2022.

/s/ *Richard D. McNelley*