# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ARELY CASTANEDA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| OSMAN ADEN, *et al.*, | ) Case No. 4:22-cv-00168-BP ) |
| Defendants. | ) ) |

## CLERK'S ORDER OF DISMISSAL

On the 13th day of May 2022, the parties herein having filed a Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice against Defendants Osman Aden, QFS Transportation LLC and Progressive Casualty Insurance. Each party to bear its own costs and attorneys' fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date:   May 16, 2022